UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 2:24-cv-4273-MRA-SP | Date | November 19, 2024 |
|---|---|---|---|
| Title | Francisco J. Martinez Becerra v. B. Birkholz, Warden | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Clerk | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None | | None |

**Proceedings:**   (In Chambers) Order Directing Further Briefing

    Petitioner Francisco J. Martinez Becerra filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition") challenging the Federal Bureau of Prisons' ("BOP") determination that he is ineligible to apply First Step Act ("FSA") earned time credits toward an early release from custody.  In its Motion to Dismiss ("MTD"), respondent contends, inter alia, the Petition fails on its merits because the FSA bars the application of FSA time credits for inmates who are subject to a final order of removal. *See* MTD at 4 n.1.  In reviewing the briefing and exhibits, the court notes petitioner filed the Petition on May 22, 2024 and alleged a modified release date of July 11, 2024 if the FTC time credits were applied, but the reinstatement notice is dated July 22, 2024.  *See* Declaration of Danielle Rogowski, Ex. 4.

    The court hereby directs respondent to submit supplemental briefing, and any relevant supplemental documents, to address what, if any, removal order was in effect at the time petitioner filed the Petition.  Respondent shall submit supplemental briefing and any additional pertinent exhibits on this topic within 21 days of this order, that is, by December 10, 2024.  Petitioner may file a response to defendant's supplemental briefing within 21 days of its filing.