1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MARTINEZ BECERRA,<br>          Petitioner,<br>   v.<br>B. BIRKHOLZ, Warden,<br>          Respondent. | Case No. 2:24-cv-4273-MRA-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 7) is granted in part and denied in part, in that the motion to dismiss for failure to exhaust

//
//
//

administrative remedies is denied, but the motion to deny the Petition on its merits is granted; and Judgment will be entered denying the Petition and dismissing this action with prejudice.

Dated: ___March 24, 2025_____

_____
HONORABLE MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE