JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. MARTINEZ BECERRA,<br><br>          Petitioner,<br><br>         v.<br><br>B. BIRKHOLZ, Warden,<br><br>          Respondent. | Case No. 2:24-cv-4273-MRA-SP<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _March 24, 2025___

                                                                         HONORABLE MONICA RAMIREZ ALMADANI
                                                                         UNITED STATES DISTRICT JUDGE